**LAUGHLIN PRODUCTS, INC. and Mist–On Systems, Inc., Plaintiffs–Appellants,**

v.

**ETS, INC. (doing business as Sunless Express), Defendant–Appellee.**

No. 03–1156.

United States Court of Appeals, Federal Circuit.

July 17, 2003.

Before NEWMAN, LOURIE, and SCHALL, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36